**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| MARIA G. LUJAN, | CASE NO. 2:24-cv-03728-JDE |
|---|---|
| Plaintiff, | **JUDGMENT RE OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68** |
| vs. | |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | [Note Changes by the Court] |
| Defendants. | |

    Plaintiff Maria G. Lujan ("Plaintiff") accepted Defendant Nissan North America, Inc.'s ("Nissan") Offer of Judgment to Fed. R. Civ. P. 68.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $59,944.56 (Fifty-Nine Thousand Nine Hundred Forty-Four Dollars and Fifty-Six Cents). Plaintiff will deliver the Subject Vehicle to Nissan on a date, time, and place mutually agreeable to the parties and no later than 180 days after Plaintiff's counsel has accepted Nissan's offer.

DATED: <u>May 28, 2025</u>

_____
JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE